KARL O. RILEY
NV Bar No. 12077
E-mail:koriley@cozen.com
COZEN O'CONNOR
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
Telephone: 702.470.2330
Facsimile: 702.470.2370

*Attorney for Defendant*
PACIFIC LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA ANN DIXON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LIFE INSURANCE COMPANY, and DOES I through X, inclusive.<br><br>Defendants. | Case No. 2:21-cv-00172 APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**THIRD REQUEST** |

Defendant Pacific Life Insurance Company ("Pacific Life") and Plaintiff Cecilia Ann Dixon ("Plaintiff") hereby stipulate and request that the Court extend deadlines as set forth below and in the attached proposed Order Granting the Extension of Discovery Deadlines. This is the third request for an extension of deadlines in this case. *See* Joint Requests at ECF Nos. 18, 20; granted by the Court at ECF Nos. 19 [First Request], 21 [Second Request]. The current discovery period ends on February 28, 2022. ECF No. 21. Pacific Life's pending and unopposed Motion to Compel Plaintiff's Answers to Interrogatories and Responses to Requests for Production, ECF No. 22, is set for hearing on March 17, 2022. A limited extension of the discovery deadline is sought in order for Pacific Life to complete discovery that has been timely served within the current discovery deadline, and to permit Pacific Life to take additional discovery in the event the Court grants Pacific Life's pending Motion to Compel and additional discovery is warranted by Plaintiff's supplemental discovery responses. In support of this request, the following is provided:

**A. Statement specifying the discovery completed (LR 26-3(a)):**

1. Plaintiff's Initial Disclosures: July 30, 2021.
2. Defendant Pacific Life's Initial Disclosures: March 24, 2021.
3. Pacific Life's First Set of Interrogatories: served June 17, 2021.
4. Pacific Life's First Set of Requests for Production of Documents: served June 17, 2021.
5. Pacific Life filed a motion to compel Answers to Interrogatories and Responses to Requests for Production on January 21, 2022 (the "Motion to Compel"), ECF No. 22. Plaintiff has not responded to the Motion to Compel by the February 4, 2022 deadline. Nor has Plaintiff supplemented her discovery responses to date.
6. Plaintiff has not served any discovery on Pacific Life or on any third parties.
7. Pacific Life has subpoenaed the following entities for medical records:
   a. Bartlett Regional Hospital;
   b. Advanced Prosthetics & Orthotics, Inc.;
   c. SouthEast Alaska Regional Health Consortium;
   d. Family Practice Physicians Inc.;
   e. Hanger Entities;
   f. Southwest Medical Associates;
   g. Fred Meyer Stores; and
   h. St. Rose Dominican Hospital.
8. Pacific Life noticed and subpoenaed the following persons and entities for depositions:
   a. Plaintiff: February 22, 2022;
   b. Corporate designee of SouthEast Alaska Regional Health Consortium ("SEARHC") pursuant to F.R.Civ.P. 30(b)(6): February 25, 2022; and
   c. Corporate designee of Southwest Medical Associates, Inc. pursuant to R. 30(b)(6): February 28, 2022.

**B. Specific description of the discovery that remains to be completed (LR 26-3(b)):**

1. Discovery
    a. Depositions timely noticed by Pacific Life within the current discovery period, including but not limited to Plaintiff and the corporate designees of SEARHC and Southwest Medical Associates, Inc. as listed above;
    b. Resolution by the Court of Pacific Life's Motion to Compel, ECF No. 22, which is currently unopposed and scheduled for hearing on March 17, 2022 at 10:00 a.m. by Zoom video conference;
    c. Pacific Life would like to reserve the right to serve additional discovery, including but not limited to document and deposition subpoenas to other individuals or entities, if needed, following: a) Plaintiff's voluntary supplementation of her deficient discovery responses and/or b) Plaintiff's supplementation of her deficient discovery responses following the Court's ruling on Pacific Life's pending Motion to Compel.
2. Remaining Scheduling Deadlines
    a. Discovery cut-off:  February 28, 2022.
    b. Hearing on Motion to Compel: March 17, 2022.
    c. Dispositive motions:  April 1, 2022.
    d. Pretrial Order:  April 30, 2022.

**C. Reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan (LR 26-3(c)):**

Pacific Life has served party and non-party discovery in this matter as set forth above. Pacific Life has argued that Plaintiff failed to provide good faith responses to Pacific Life's interrogatories and requests for production, and that Plaintiff made an insufficient document production. *See*, Motion to Compel, ECF No. 22. The discovery period ends on February 28, 2022, prior to the Court's consideration of Pacific Life's Motion to Compel on March 17, 2022. Pacific Life seeks a limited extension of the remaining discovery deadlines in this case so that Pacific Life may complete discovery timely served within the current discovery period (such as corporate

designee depositions, in the event the currently noticed date is not feasible for the deponent); and take additional discovery, if needed, after Plaintiff supplements her written responses to discovery and document production. An additional 45 (45) days after Plaintiff complies with any order granting Pacific Life's Motion to Compel should be sufficient for Pacific Life to obtain the additional discovery it may need.

### D. Proposed schedule for completing all remaining discovery (LR 26-3(d)):

1. Pacific Life shall be granted an additional 45 days to complete discovery after **April 2, 2022**, the date by which Plaintiff must comply with the Court's Order on Pacific Life's Motion to Compel.

2. Deadline for filing dispositive motions shall be extended to **June 17**, 2022.

3. The current date for filing the joint pretrial order shall be extended to **July 17**, 2022.

**IT IS SO STIPULATED.**

Dated: February 7, 2022.

/s/ Karl O. Riley
Karl O. Riley
Laura M. Zulick (*pro hac vice*)
Nevada Bar No. 12077
COZEN O'CONNOR, P.C.
3753 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
Telephone: (702) 470-2314
Facsimile: (702) 470-2351
koriley@cozen.com
lzulick@cozen.com
*Attorney for Defendant Pacific Life Insurance Company*

/s/ Travis E. Shetler
Travis E. Shetler, Esq.
Nevada Bar No. 4747
3202 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 931-9700
travis@shetlerlawfirm.com
*Attorney for Plaintiff Cecilia Ann Dixon*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 2, 2022