TRAVIS E. SHETLER, ESQ.
Nevada Bar No. 004747
travis@shetlerlawfirm.com
**LAW OFFICE OF TRAVIS E. SHETLER, PC**
3202 W. Charleston Boulevard
Las Vegas, Nevada 89102
(702) 931-9700- Telephone
(702) 931-9800- Facsimile
*Attorney for Plaintiff Cecila Ann Dixon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CECILA ANN DIXON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LIFE INSURANCE COMPANY, and DOES I through X inclusive.<br><br>Defendants. | Case No. 2:21-cv-00172-APG-BNW<br><br>**REQUEST TO EXTEND DISCOVERY DEADLINES** |

Plaintiff Cecilia Ann Dixon hereby requests that the Court grant not only the deadlines requested in Stipulated document 24, but also extend the Plaintiff's discovery deadlines. An additional sixty (60) days is requested. In addition to the information contained in Document 24, the following information is provided:

**Specific description of the discovery that remains to be completed (LR 26-3(b)):**

**Discovery**

    a.    Deposition of Plaintiff's expert(s) if any

    b.    Deposition of Pacific Life's nurse/agent

    c.    Deposition of Pacific Life's Rule 30(b)(6) designee

    d.    Disclosure of the Parties' experts and rebuttal experts, if any

. . .

. . .

. . .

**Reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan (LR 26-3(c)):**

At the time she retained the undersigned, the Plaintiff made it clear that she intended to participate in the litigation of this matter.  She related that it would provide some consolation for the loss of her husband.  The Plaintiff's mother has been critically ill and the Plaintiff has made many trips to Alaska to care for her mom.  The Plaintiff will need more time to take depositions, gather documents and make a determination on whether to engage an expert.  The Plaintiff believes that an additional sixty (60) days should be sufficient to allow completion of all discovery.

**RESPECTFULLY SUBMITTED.**

Dated this 28th day of February, 2022

By:  */s/ Travis E. Shetler*
Travis E. Shetler, Esq.
Nevada Bar No. 004747
3202 W. Charleston Blvd.
Las Vegas, Nevada  89102
Telephone: (702) 931-9700
Facsimile: (7020 931-9800
travis@shetlerlawfirm.com
*Attorney for Plaintiff*
CECILA ANN DIXON

**ORDER**

IT IS ORDERED that ECF No. 29 is DENIED without prejudice for failure to comply with the Local Rules regarding meet and confers.

**IT IS SO ORDERED**
**DATED:** 4:49 pm, March 02, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Law Office of Travis E. Shetler, PC, and that on the 28th day of February, 2022, and pursuant to FCRP 5(b), a copy of the foregoing **MOTION TO EXTEND DISCOVERY DEADLINES** was served via the Court's CM/ECF system.

Karl O. Riley
Nevada Bar No. 12077
Laura M. Zulick (pro hac vice)
COZEN O'CONNOR, P.C.
3753 Howard Hughes Parkway Suite 200
Las Vegas, NV 89169
Telephone: (702) 470-2314
Facsimile: (702) 470-2351
koriley@cozen.com
lzulick@cozen.com
*Attorney for Defendant*
*Pacific Life Insurance Company*

                    */s/ Mary Chopski*
_____
An Employee of Law Office of Travis E. Shetler, PC